IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

RUDY R. GARCIA,

    Plaintiff,                          No. CIV S-07-1133 FCD EFB P

    vs.

D. ADAMS, Warden,

    Defendant.                        <u>ORDER</u>

_____ /

       Rudy R. Garcia, a state prisoner at Corcoran State Prison, has filed an application to proceed in forma pauperis.[1]  No other pleadings have been filed by Mr. Garcia.  In order to commence an action, Mr. Garcia must file a complaint or petition as required by Rule 3 of the Federal Rules of Civil Procedure.  The court will not issue any orders granting or denying relief until an action has been properly commenced.  Mr. Garcia will be provided the opportunity to file his complaint or petition.

////

////

---

[1] It is not apparent to the court whether Mr. Garcia intends to commence a civil rights action or habeas corpus proceeding.  The court notes in passing that he is currently confined at Corcoran State Prison, which is in the Fresno Division of the Eastern District.  Upon filing of the complaint or petition, the court will determine appropriate venue.

1     In accordance with the above, it is ORDERED that:

2     1. Mr. Garcia is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Mr. Garcia's failure to comply with this order will result in a recommendation that this matter be dismissed; and

    2. The Clerk of the Court is directed to send Mr. Garcia the court's form for filing a civil rights action.

DATED: July 9, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2