IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUDY R. GARCIA,

    Petitioner,                    No. CIV S-07-1133 FCD EFB P

    vs.

D. ADAMS, Warden, et al.,

    Respondents.              <u>ORDER</u>

_____/

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On October 22, 2007, petitioner requested an extension of time to seek authorization from the United States Court of Appeals to raise a second or successive petition. *See* Fed. R. Civ. P. 6(b).

       On September 26, 2007, respondent has filed a motion to dismiss on the basis that the instant petition is successive within the meaning of 28 U.S.C. § 2244(b) and was filed beyond the one-year statute of limitations contained in 28 U.S.C. § 2244(d). Petitioner has not filed an opposition to this motion.

       On November 26, 2007, petitioner filed a second request for an extension of time.

////

////

1

1 Good cause appearing, it is ORDERED that petitioner's November 26, 2007, request for an
2 extension of time is granted and petitioner has 30 days from the date this order is served to file
3 an opposition to respondent's motion to dismiss.
4 Dated: November 29, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE